IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

KRISTY GREISER

 Plaintiff,

v.

LINCOLN FINANCIAL GROUP

 Defendant.

Case No.  3:13-CV-462-CRS

Judge

### NOTICE OF REMOVAL

Please take notice that Defendant, The Lincoln National Life Insurance Company ("Lincoln"), incorrectly identified as "Lincoln Financial Group" in the Complaint filed by Plaintiff, hereby removes this action from the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, on the following bases:

 1. On or about April 8, 2013, Plaintiff filed her Complaint in Jefferson County Circuit Court, Civil Action No. 13-CI-001768, seeking damages, benefits and fees against Lincoln for alleged improper denial of benefits.

 2. On or about April 11, 2013, Lincoln was served with a Complaint and Summons in the case filed by Plaintiff.

 3. Plaintiff is now and was at the commencement of this action a citizen of Kentucky.

5517937v.1

4. Plaintiff seeks recovery of benefits allegedly due under an employee welfare benefit plan as that term is defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA").

5. According to the Complaint attached hereto, venue was proper in Jefferson County, Kentucky.

6. ERISA not only preempts all state common law and statutory claims, but this Court has original jurisdiction over the within matter through federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1).

7. Plaintiff's action against Lincoln is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, in that it arises under the laws of the United States.

8. Accordingly, this action is hereby removed to the United States Court for the Western District of Kentucky, Louisville Division, pursuant to U.S.C. §§ 1441 and 1446.

9. Lincoln attaches hereto, as Exhibit 1, a copy of Plaintiff's Complaint and all other documents served upon it in the above-entitled action in state court in accord with 28 U.S.C. § 1446(a).

10. This Notice of Removal is filed within thirty (30) days of Lincoln being served with the initial pleading setting forth the claim for relief upon which the proceeding is based.

5517937v.1

Respectfully submitted,

/s/ James M. Burd
James M. Burd
Lynsie T. Gaddis
Wilson Elser Moskowitz Edelman & Dicker
100 Mallard Creek Road
Suite 250
Louisville, KY  40207
502.238.8500
502.238.7995 fax
lynsie.gaddis@wilsonelser.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
raflorioatty@hotmail.com

/s/ James M. Burd
James M. Burd

5517937v.1